```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                     CASE NO. 06 B 16825
   STEPHANIE M SPARKMAN
                                           CHAPTER 13

                                           JUDGE: JACK B SCHMETTERER

         Debtor
   SSN XXX-XX-4367

--------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
     The case was filed on 12/19/2006 and was confirmed 03/21/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors  12.14%.

     The case was dismissed after confirmation 10/29/2008.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS           CLAIM AMOUNT      INTEREST      PRINCIPAL
                                                               PAID          PAID
--------------------------------------------------------------------------
B-REAL LLC                 UNSECURED        9809.92             .00         198.68
VIKING COLLECTION SERVIC   NOTICE ONLY      NOT FILED           .00            .00
CITIBANK CREDIT CARDS      UNSECURED        NOT FILED           .00            .00
ASSOCIATED RECOVERY SYST   NOTICE ONLY      NOT FILED           .00            .00
RESURGENCE FINANCIAL LLC   UNSECURED        8600.15             .00         174.18
TARGET NATIONAL BANK       UNSECURED        2918.52             .00          50.93
FREEDMAN ANSEIMO LINDBER   NOTICE ONLY      NOT FILED           .00            .00
TIMOTHY K LIOU             DEBTOR ATTY      2,659.20                       2,659.20
TOM VAUGHN                 TRUSTEE                                           227.34
DEBTOR REFUND              REFUND                                              8.90

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                     RECEIPTS            DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE              3,319.23

PRIORITY                                         .00
SECURED                                          .00
UNSECURED                                     423.79
ADMINISTRATIVE                              2,659.20
TRUSTEE COMPENSATION                          227.34
DEBTOR REFUND                                   8.90
                    --------------        --------------
TOTALS               3,319.23               3,319.23
```

PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 06 B 16825 STEPHANIE M SPARKMAN

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                    /s/ Tom Vaughn
Dated: 01/27/09                     _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE
```